## FROMM v STATE

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided March 24, 1930

For full opinion see 33 O L R 205; 173 NE 201; 36 Oh Ap 346 (Oh Bar 12-9-30).